O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| REBECCA CLELAND, | ) | CASE NO. CV 09-06561 DSF (RZ) |
|---|---|---|
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| MARY LATTIMORE, WARDEN, | ) | |
| | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of REBECCA CLELAND, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 5/31/11

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE